The People of the State of Illinois, Plaintiff-Appellee, *v.* Frank Griffin, Defendant-Appellant.

(No. 55406; )

First District—April 5, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.